United States District Court
Eastern District of California

Vadym Duda, et al.,

Plaintiff(s)

V.

United States Citizenship and Immigration Services, et al.,

Defendant(s)

Case Number: 2:26-cv-02904-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jesse M. Bless hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Vadym Duda, Karyna Postarnichenko, Olena Makovetska, and Mykhailo Adamenko

On 12/13/2004 (date), I was admitted to practice and presently in good standing in the Massachusetts Supreme Judicial Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Nguyen v. Albarran et al., 1:25-cv-1926 DOA: 12/18/2025 Granted

Date: 8/27/2026

Signature of Applicant: /s/ Jesse M. Bless

**Pro Hac Vice Attorney**

Applicant's Name: Jesse M. Bless

Law Firm Name: Bless Litigation LLC

Address: 6 Vineyard Lane

City: Georgetown State: MA Zip: 01833

Phone Number w/Area Code: (791) 704-3897

City and State of Residence: Georgetown, MA

Primary E-mail Address: jesse@blesslitigation.com

Secondary E-mail Address: heather@blesslitigation.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kristina David

Law Firm Name: David Strashnoy Law, PC

Address: 1901 Avenue of the Stars, Suite 200

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (818) 646-7350 Bar # 346347

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 1, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE